IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JITESH THAKKAR AND EDGE FINANCIAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 1:18-CV-00619 |

## AGREED ORDER OF DISMISSAL OF DEFENDANT JITESH THAKKAR

Having considered Plaintiff Commodity Futures Trading Commission ("Commission") Agreed Motion for Entry of Consent Order of Permanent Injunction Against Defendant Edge Financial Technology, Inc. and Agreed Order of Dismissal of Defendant Jitesh Thakkar, the motion is hereby GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that:

1. Plaintiff's claims against Defendant Jitesh Thakkar are dismissed with prejudice, each party to bear its own fees and costs;

2. Jitesh Thakkar waives:

    a. any and all claims that he may possess under the Equal Access to Justice Act, 5 U.S.C. § 504 (2018) and 28 U.S.C. § 2412 (2018), and/or Part 148 of the Commission Regulations, 17 C.F.R. § 148.1-30 (2019), relating to or arising from this action; and

    b. any and all rights of appeal from this action.

3. There being no just reason for delay, the Clerk of the Court is hereby ordered to enter this *Agreed Order of Dismissal* forthwith and without further notice.

IT IS SO ORDERED on this 14th day of September, 2020.

*[signature]*

**UNITED STATES DISTRICT JUDGE**